UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Barry Nolan

Debtor(s)

Case No. 19-27257 / MBK

Hearing Date: January 8, 2020  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor(s) plan consists of unnecessary or excessive expense items, such as: Sch J has RV monthly  payment of $506 ,RV insurance $75 and Trailer monthly payment $190. Also appear to have liens on 2 dirt bikes  as creditor, Freedom Financial is listed in plan as current on the bikes.  No monthly amounts on J for these bikes and Trustee objects to paying these monthly amounts absent 100% dividend to unsecured creditors.**
**-life insurance $358 and car payment $673.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.  The Trustee's calculations are higher for the following reason(s): Income verified higher($9,314.85) than scheduled ($7,872.77).**

**-must file pre conf cert.**
**-explanation regarding the $50,000 in accounts receivable listed ont he petition**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

  /s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Erik Collazo, Staff Attorney